Page 2

RECEIVED

2006 JAN 23

PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

2:06cv61-WKW

| United States District Court | District **Middle District Alabama** | |
|---|---|---|
| Name (under which you were convicted): **Jeffery Baker** | Docket or Case No.: **CC-2003-249** | |
| Place of Confinement: **Pike County Jail** | Prisoner No.: **UK** | |
| Petitioner (include the name under which you were convicted) **Jeffery Baker Jr** | v. | Respondent (authorized person having custody of petitioner) **Russell Thomas** |
| The Attorney General of the State of **Troy King** | | |

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: **Pike County Circuit Court, Troy Alabama 120 W. Church St.**

   (b) Criminal docket or case number (if you know): **CC-2003-249**

2. (a) Date of the judgment of conviction (if you know): _____

   (b) Date of sentencing: **October 7, 2005**

3. Length of sentence: **180 days County Jail**

4. In this case, were you convicted on more than one count or of more than one crime?    Yes ☑    No ☐

5. Identify all crimes of which you were convicted and sentenced in this case: **Harassment 13A-8-11(a), criminal Mischief 13A-7-23**

6. (a) What was your plea? (Check one)

   (1)  Not guilty ☑         (3)  Nolo contendere (no contest) ☐
   (2)  Guilty ☐             (4)  Insanity plea ☐

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _____
_____ Not Guilty both Charges _____
_____
_____
_____
_____

(c) If you went to trial, what kind of trial did you have? (Check one)
   Jury ☑   Judge only ☐

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?
   Yes ☐ No ☑

8. Did you appeal from the judgment of conviction?
   Yes ☑ No ☐

9. If you did appeal, answer the following:
   (a) Name of court: Court of Criminal Appeals of Alabama
   (b) Docket or case number (if you know): CR-04-0068
   (c) Result: Affirmed August 26, 2005, Rehearing denied Dec. 16, 2005
   (d) Date of result (if you know): August 26, 2005, Rehearing denied Dec 16, 2005
   (e) Citation to the case (if you know): _____
   (f) Grounds raised: Whether petitioner knowingly, intelligently, and Uoluntarily waived his constitutional Right to counsel at Trial.
   _____
   _____
   _____

   (g) Did you seek further review by a higher state court?   Yes ☐ No ☑
      If yes, answer the following:
      (1) Name of court: _____
      (2) Docket or case number (if you know): _____
      (3) Result: _____
      _____
      (4) Date of result (if you know): _____
      (5) Citation to the case (if you know): _____
      (6) Grounds raised: _____
      _____
      _____

(h) Did you file a petition for certiorari in the United States Supreme Court?   Yes ❑  No ☒

If yes, answer the following:

(1) Docket or case number (if you know): ~~_____~~

(2) Result: ~~_____~~

(3) Date of result (if you know): ~~_____~~

(4) Citation to the case (if you know): ~~_____~~

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

Yes ☒  No ❑

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: Supreme Court

(2) Docket or case number (if you know): 1050463

(3) Date of filing (if you know): January 9, 2006

(4) Nature of the proceeding: Petition Extraordinary Writ and Restraining order.

(5) Grounds raised: Whether Petitioner is entitled to due notice of the rehearing denial, and if so, to vacate and set aside the certificate of judgment of the Court of Criminal Appeals.

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

Yes ❑  No ☒

(7) Result: No result

(8) Date of result (if you know): _____

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: Court of Criminal Appeals of Alabama

(2) Docket or case number (if you know): CR-04-0068

(3) Date of filing (if you know): January 9, 2006

(4) Nature of the proceeding: Motion to Vacate and Set aside C.O.J.

(5) Grounds raised: Whether Petitioner is entitled to notice of Rehearing denial.

_____
_____
_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?
   Yes ☐   No ☑
(7) Result: __denied_____
(8) Date of result (if you know): __January 10, 2006__

(c) If you filed any third petition, application, or motion, give the same information:
   (1) Name of court: __United States District Court, Middle of Alabama__
   (2) Docket or case number (if you know): __2:06 CV43-MEF__
   (3) Date of filing (if you know): __January 18, 2006__
   (4) Nature of the proceeding: __Petition for Declaratory Judgment__
   (5) Grounds raised: __Whether Petitioner is entitled to his First, Sixth, and Fourteenth Amendments Rights__
   _____
   _____
   _____
   _____
   _____

   (6) Did you receive a hearing where evidence was given on your petition, application, or motion?
      Yes ☐   No ☑
   (7) Result: __UK_____
   (8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?
   (1) First petition:    Yes ☐   No ☑
   (2) Second petition:   Yes ☑   No ☐
   (3) Third petition:    Yes ☐   No ☑

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not: __The Alabama Supreme Court is the highest State court. Second, I appealed to the S.ct. on the Motion to Set aside. This court has not entered any results on the petition.__

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

<u>CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.</u>

GROUND ONE: Whether Petitioner knowingly, intelligently, and voluntarily waive his constitutional right to counsel.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): When asked, Petitioner requested Sixth Amendment Counsel on more than four occasions. Petitioner never asserted a clear and unequivocal right to self representation as required by Ferette v. California, 422 U.S. 806 (1975). (See Attached Ground one and Memorandum in support. (See Attached Memorandum in Support of Petition For Writ of Habeas Corpus.)

(b) If you did not exhaust your state remedies on Ground One, explain why: State failed to serve notice that Petitioner's Rehearing Application had been denied. OR The U.S. Postal Service failed to deliver same to Petitioner's Mailbox at 1353 Co. Rd. 3348. See 2:06CV43-MEF Above.

(c) Direct Appeal of Ground One:

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☑ No ☐

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: ~~___~~

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
Yes ☑ No ☐

(2) If your answer to Question (d)(1) is "Yes," state:
Type of motion or petition: Motion For New Trial, Motion For Judgment of
Name and location of the court where the motion or petition was filed: Pike County Circuit Court, Troy, Al 36081 120 W. Church Street
Docket or case number (if you know): CC-2003-249
Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____
_____
_____

(3) Did you receive a hearing on your motion or petition?

    Yes ❏   No ☑

(4) Did you appeal from the denial of your motion or petition?

    Yes ❏   No ☑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

    Yes ❏   No ☑

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____
_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____
_____
_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:
_____
_____
_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _____
_____
_____

**GROUND TWO:** Petitioner is subjected to excessive Sentence in violation of the 8th Amendment to the U.S. Const

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): The Alabama Rules require the Judge to sentence according to the gravity of the crime, Rule 26.P. Petitioner purportedly caused $10.00 in damage, but is required to pay excessive fines and complete anger Management classes. Said classes constitutes Further custody for purposes of 28 U.S.C Section 2254.
See attached memorandum

(b) If you did not exhaust your state remedies on Ground Two, explain why: <u>Unduly Attorney failed to raise the issue, Petitioner raised the issue in his Pro-Se Motion for New Trial</u>

(c) **Direct Appeal of Ground Two:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?
       Yes ☐  No ☑

   (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**

   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
       Yes ☐  No ☑

   (2) If your answer to Question (d)(1) is "Yes," state:

   Type of motion or petition: _____

   Name and location of the court where the motion or petition was filed: _____

   Docket or case number (if you know): _____

   Date of the court's decision: _____

   Result (attach a copy of the court's opinion or order, if available): _____

   (3) Did you receive a hearing on your motion or petition?
       Yes ☐  No ☑

   (4) Did you appeal from the denial of your motion or petition?
       Yes ☐  No ☑

   (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
       Yes ☐  No ☑

   (6) If your answer to Question (d)(4) is "Yes," state:

   Name and location of the court where the appeal was filed: _____

   Docket or case number (if you know): _____

   Date of the court's decision: _____

   Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: Petitioner requested Trial court to Modify Sentence.

**GROUND THREE:** _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): N/A

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

(c) **Direct Appeal of Ground Three:**
  (1) If you appealed from the judgment of conviction, did you raise this issue?
  Yes ❑  No ❑
  (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**
  (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
  Yes ❑  No ❑
  (2) If your answer to Question (d)(1) is "Yes," state:
  Type of motion or petition: _____
  Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?

   Yes ❏   No ❏

(4) Did you appeal from the denial of your motion or petition?

   Yes ❏   No ❏

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

   Yes ❏   No ❏

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____

_____

_____

**GROUND FOUR:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____

N/A

_____

_____

_____

_____

Page 11

_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____

(c) **Direct Appeal of Ground Four:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?
       Yes ❑  No ❑

   (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**

   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
       Yes ❑  No ❑

   (2) If your answer to Question (d)(1) is "Yes," state:

   Type of motion or petition: _____

   Name and location of the court where the motion or petition was filed: _____

   Docket or case number (if you know): _____
   Date of the court's decision: _____
   Result (attach a copy of the court's opinion or order, if available): _____

   (3) Did you receive a hearing on your motion or petition?
       Yes ❑  No ❑

   (4) Did you appeal from the denial of your motion or petition?
       Yes ❑  No ❑

   (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
       Yes ❑  No ❑

   (6) If your answer to Question (d)(4) is "Yes," state:

   Name and location of the court where the appeal was filed: _____

   Docket or case number (if you know): _____
   Date of the court's decision: _____
   Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four:

13. Please answer these additional questions about the petition you are filing:
    (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?     Yes ☐   No ☑
    If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _See Exhaustion Attached_

    (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _N/A_

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?     Yes ☑   No ☐
    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _M. D. Ala, 2: CV43-MEF Complaint For Declatory Reliewe, no Pending dispotion copy not available._

15. Do you have any petition or appeal <u>now pending</u> (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?   Yes ☑  No ☐
    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. M. D. Ala. 2:06CV43-MEF

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:
    (a) At preliminary hearing: No Attorney
    (b) At arraignment and plea: No Attorney
    (c) At trial: No Attorney
    (d) At sentencing: No Attorney
    (e) On appeal: Jeffery C. Robinson (ROB122)
        P. O. Box 910 Selma, Al 36702-0910
    (f) In any post-conviction proceeding: _____
    (g) On appeal from any ruling against you in a post-conviction proceeding: _____

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ☑ No ☐
    (a) If so, give name and location of court that imposed the other sentence you will serve in the future: Pike County Circuit Court, 120 W. Church Street Troy, Al 36081
    (b) Give the date the other sentence was imposed: March 1, 2005
    (c) Give the length of the other sentence: 90 days
    (d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   Yes ☑ No ☐

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*



N/A

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

> (1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —
> (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
> (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
> (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
> (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
> (2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Page 15

Therefore, petitioner asks that the Court grant the following relief: *Declare Whether Petitioner Knowingly, intelligently, and Voluntarily Waived his Sixth Amendment Right to Counsel, according to 11th Circuit Law, And order New Trial.*
or any other relief to which petitioner may be entitled.

*Jeffery Baker Jr*
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the ~~prison mailing~~ U.S. Mail system on *January 20, 2006*
_____ (month, date, year).

Executed (signed) on *January 20, 2006* (date).

*Jeffery Baker Jr*
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. _____
_____
_____

\* \* \* \* \*