In The United States District Court
For The Middle District of Alabama
Northern Division

Jeffery Baker Jr,
Petitioner

vs.

Russell Thomas, as sheriff, and
Troy King, Attorney General
Respondents,

Case No. 2:06 CV-61-ID

To: The Honorable Ira De Ment, Senior United States District Judge

Petitioner's Proof of Filing Fee and Objection to The Magistrate Order

Comes Now the Petitioner, Jeffery Baker Jr, Pro-se, unlearned in law and subject to error, respectfully, and in good faith, and submitts proof of the filing fee in accordance with the applicable Rule, Rule 3 of 28 U.S.C. § 2254 and to object to the order issued by the magistrate Judge in the case, for good cause, Petitioner shows the following:

1-
1- On January 20, 2006, Petitioner caused the instant petition for Habeas Corpus relief to be mailed to the Clerk of The United States District Court for the Middle District of Alabama, together with the attached money order (stub)

Number 5496204b293 in the amount of 5.00. On January 23rd, 2006, the clerk for the above-named court acknowledged reciept of the filing fee and issued the attached filing fee and the attached reciept of payment No. 109056.

2- On January 30th 2006, the magistrate Judge issued an order contending that the Petitioner failed to pay the required filing fee(s). However prior to the issuance of the above-stated order the Magistrate had foreknowlege, actual or constructive that Petitioner had in fact submitted the required filing fee and the Habeas Petition had been properly docketed and, reassigned.

### Objection

3- Petitioner objects strongly to the unreasonable and unseasonable delays in the due process of his Habeas Petition in accordance with the rules governing Habeas Petitions properly submitted to this Court. Petitioner shows he is denied "due Process and Equal Protection" secured by the United States Constitution, and Laws of the United States by undue action(s) of the magistrate Judge and Clerk(s) of Court as styled above.

4- The issues presented in the Habeas Petition are circumvented by the undue delay and processing, and abates Respondents timely answer in accordance with Rule 5(b) and the same action(s) deprives Petitioner of the Habeas Corpus relief sought.

Wherefore, it is clear the filing fee was recieved and the

(2)

the case was properly docketed in accordance with Rule 3, and preliminary review by the Court pursuant to Rule 4, the answer of Respondents is appropriate under the Federal Constitution and laws, providing for Due Process and Equal Protection, it is so prayed and respectfully submitted in good faith.

*Jeffery Baker Jr. Petitioner*

### Certificate of Service

I hereby certify that I have the day February 1st 2006 served the foregoing document(s) along with proof of filing fee on the following by United States mail with postage prepaid and properly addressed as follows:

Clerk United States District Court
for the Middle District of Alabama
P.O. Box 711
Montgomery, Alabama 36101-0711

*Jeffery Baker Jr.*

Jeffery Baker, Jr.
Pike County Jail
120 W. Church Street
Troy, AL 36081



↓ DETACH HERE ↓

```
AO82 SWEDA                    ORIGINAL
(Rev. 4/91)              RECEIPT FOR PAYMENT
                      UNITED STATES DISTRICT COURT              109056
                                for the
   Fund                     MIDDLE DISTRICT OF ALABAMA
   6855XX    Deposit Funds         at _____ MONTGOMERY _____
   604700    Registry Funds
             General and Special Funds
   508800    Immigration Fees                           109056*#
   085000    Attorney Admission Fees   000332P       HABEAS CORPUS
   086900    Filing Fees                              086900        5.00
   322340    Sale of Publication                         ##
   322350    Copy Fees                                TOTAL          5.00
   322360    Miscellaneous                            M/ORDR         5.00
   143500    Interest                                 CHANGE         0.00
   322380    Recoveries of Court Costs                          1 ITM-CT
   322386    Restitution of U.S. Government           122632A000 11:25
   121000    Conscience Fund       01/23/06
   129900    Gifts
   504100    Crime Victims Fund
   613300    Unclaimed Monies
   510000    Filings Spec. Acct.
   510100    Registry Admin. Acct.
```

THIS IS A RECEIPT, NOT A BILL

CASE REFERENCE:

2:06cv61-WKW

RECEIVED FROM

Jeffery Baker, Jr.

120 W. Church St.

Troy, AL 36081

Jeffery Baker v.

Russell Thomas, et al

DEPUTY CLERK _____

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

Jeffery Barker Jr.

Office of The Clerk of Court
United States District Court
for The middle District of Alabama
P.O. Box 711
Montgomery, Alabama 36101-0711

36101+0711

U.S. POSTAGE PAID TROY, AL 36081 FEB 01 06 AMOUNT $0.63 00058348-03