IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| JEFFERY BAKER, JR. | * |
| Petitioner, | * |
| v. | *   2:06-CV-61-ID |
| RUSSEL THOMAS, SHERIFF, *et al.*, | * |
| Respondents. | * |

_____

**O R D E R**

For good cause, it is

ORDERED that the court's January 30, 2006 order (Doc. No. 4) be and is hereby VACATED.

Done this 6th day of February 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE