Baker

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Debra Hill ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Debra Mazick  C. Date of Delivery 2-7-06 |
| 1. Article Addressed to:<br>Pike Co. Jail<br>120 W. Church St.<br>Troy AL 36081<br>att: Russell Thomas<br>petition i order (20) | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1820 0002 3465 2423 |

PS Form 3811, February 2004   Domestic Return Receipt   06-61   102595-02-M-1540