IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEFFERY BAKER, JR., | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv61-D |
| | ) |
| RUSSELL THOMAS, SHERIFF, et al., | ) |
| | ) |
|     Respondents. | ) |

**ORDER**

Upon CONSIDERATION of Petitioner's objection, filed February 2, 2006, and the Magistrate Judge having vacated the order to which Petitioner objects, it is ORDERED that Petitioner's objection be and the same is hereby OVERRULED on the ground that the objection now is moot.

DONE this 9th day of February, 2006.

        /s/ Ira DeMent
        SENIOR UNITED STATES DISTRICT JUDGE