Baker

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Troy King, AG
   Alabama State House
   11 South Union St.
   Montg. AL 36130
   petition i ouch # 8 (20)

2. Article Number
   (Transfer from service label)

   7005 1820 0002 3465 2430

PS Form 3811, February 2004      Domestic Return Receipt     06-61      102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  Taylor                    ☐ Agent
                                ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
                                  2/7/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes