IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |  |
|---|---|---|
| JEFFERY BAKER, JR. | * | |
| Petitioner, | * | |
| v. | * | 2:06-CV-61-ID |
| RUSSELL THOMAS, SHERIFF, *et al.*, | * | |
| Respondents. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Respondents' Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Respondents' Motion for Extension of Time (Doc. No. 12) is GRANTED;

2. Respondents are GRANTED an extension from February 27, 2006 to March 29, 2006 to file their answer.

Done this 28th day of February 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE