IN THE UNITED STATES DISTRICT COURT RECEIVED
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2006 APR -4  A 9: 18

| | | |
|---|---|---|
| JEFFERY BAKER JR, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| vs. | * | 2:06-CV-61-ID |
| | * | |
| RUSSELL THOMAS, *et, al.,* | * | |
| | * | |
| Respondents., | * | |

TO:  Honorable Ira De Ment, Senior United States District Judge

## PETITIONER'S OBJECTION TO NOTICE OF FILINGS

Comes now petitioner in the above-styled cause, pro-se, unlearned in law therefore subject to error, respectfully, and in good faith and objects to respondents failure to supply petitioner with respondents answer to the petitioner's petition for Habeas Corpus duly filed in the above-named Court, as for good cause, petitioner shows the following:

1.    This Honorable Court granted Respondents 30 additional days in which to respond to the Petitioner's petition, or until March 29, 2006.

2.    The Petitioner did timely receive Respondents Motion for Additional Time, although incorrectly addressed at his mother's address, 1353 County Road 3348. Petitioner hereby serves notice that his correct mailing address is 1357 County Road 3348, Brundidge, Alabama 36010. Using whichever address, petitioner would have received respondent's answer, if mailed to County Road 3348, since petitioner collects the mail from both mailboxes.

3.      According to the Office of the United States Clerk for the Middle District of Alabama, Respondents filed their answer on March 29, 2006.

4.      As of this date, April 3, 2006, Petitioner has not received the answer of the Respondents as required by the mandate of this Court and the Federal Rules of Civil Procedure.

5.      Petitioner is denied timely notice and due process and equal protection of Federal law.

6.      As a result of Respondent deficiency, petitioner is deprived fundamental fairness and the ability to defend his Constitutional Rights in the above-named Federal Court.

WHEREFORE, Petitioner respectfully request this Honorable Court direct Respondents to promptly adhere to proper notice requirements afforded all parties to the Federal cause of action. It is so prayed and respectfully submitted in good faith.

Done this 3rd of April 2006.

_____
Jeffery Baker Jr., Petitioner
1357 County Road 3348
Brundidge, Alabama 36010
334-735-3548

2

## CERTIFICATE OF SERVICE

I hereby certify that I have this day, April 3, 2006 served the forgoing on the Attorney of Record in the above-styled cause by United States mail with postage pre-paid and affixed thereto and properly addressed to him as follows:

Mr. Cecil G. Brendle Jr.,
Assistant Attorney General
11 South Union Street
Montgomery, Al 36130-0152

Jeffery Baker Jr,