IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 APR -6 A 9: 35

JEFFERY BAKER JR,

Petitioner,

vs.                                           2:06-CV-61-ID

RUSSELL THOMAS, *et, al.*,

Respondents.,

## AFFIDAVIT

Comes now petitioner in the above-styled cause, pro-se, unlearned in law therefore subject to error, respectfully, and in good faith and submits the following affidavit:

BEFORE ME, the undersigned Notary personally appeared, Jeffery Baker Jr, who after being duly sworn, gives states the following:

My name is Jeffery Baker Jr, I am over the age of 19 years, and I have personal knowledge of the information herein stated.

On or about March 29, 2006, the respondents by and through their attorney, Mr. Cecil G. Brendle filed answer to the petitioner's petition for habeas corpus relief. On April 3, 2006, petitioner contacted the office of the Clerk for the United States District Court For the Middle District of Alabama to ascertain whether or not respondents had in fact filed the Court ordered answer. According to information received from the clerk, respondent certified in their answer that a copy of the answer had been mailed to petitioner at 1353 County Road 3348 Brundidge, Alabama.

Petitioner denies any such answer or copy thereof has been received at 1353 County Road 3348 as of this date. Petitioner believes he is entitled to a copy of any document filed in the cause by respondents and/or their attorney(s). Petitioner hereby object to the continued violations and deprivations of the most fundamental and professional obligations. I make this affidavit for the purpose of maintaining an accurate record of the copious obstacles placed in the path of petitioner's Constitutional and State law Rights by certain individuals charged with the proper administration of justice.

*Jeffery Baker Jr.*
Jeffery Baker Jr.
1357 County Road 3348
Brundidge, Al 36010
334-735-3548

BEFORE ME, the undersigned NOTARY PUBLIC did personally appear Jeffery Baker Jr, who states to me he is aware of the contents of the foregoing Affidavit and that he did and do execute the same voluntarily.

Sworn to and subscribed before me on this 5th day of April 2006.

*Nichelle W. Simmons*
NOTARY PUBLIC

My Commission Expires: _____
Nichelle W. Simmons, Notary Public
Pike County, State of Alabama
My Commission expires on 3-25-10

I certify I Mailed a copy to Respondent at his address by U.S. Mail with postage Pre-Paid and and properly addressed as follows:

Mr. Cecil G. Brindle Jr.
11 South Union St.
Montgomery, Al 36130

Jeffery Baker Jr.
April 5, 2006

2