IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| JEFFERY BAKER, JR. | * |
| Petitioner, | * |
| v. | *    2:06-CV-61-ID |
| RUSSELL THOMAS, SHERIFF, *et al*., | * |
| Respondents. | * |

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's April 4, 2006 pleading, which the court construes as a Motion for Service of Pleadings, and for good cause, it is

ORDERED that the Motion for Service of Pleadings (Doc. No. 15) is GRANTED.

It is further

ORDERED that on or before April 20, 2006 Respondents shall send a copy of their answer, including exhibits, to Petitioner at

>1357 County Road 3348
>Brundidge, Alabama 36010

Done this 12th day of April 2006.

>/s/ Vanzetta Penn McPherson
>VANZETTA PENN MCPHERSON
>UNITED STATES MAGISTRATE JUDGE