IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| JEFFERY BAKER, JR. | * |
| Petitioner, | * |
| v. | *   2:06-CV-61-ID |
| RUSSELL THOMAS, SHERIFF, *et al.*, | * |
| Respondents. | * |

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's Motion for Permission to File a Response to Respondents' Answer, and in light of the court's order entered April 12, 2006 granting Petitioner an opportunity to respond to Respondents' answer, it is

ORDERED that the motion (Doc. No. 17) be and is hereby DENIED as moot.

Done this 13th day of April 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE