IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEFFERY BAKER, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| VS. ) | CIVIL ACTION NO. |
| ) | 2:06-CV-61-ID |
| ) | |
| RUSSELL THOMAS, SHERIFF, ) | |
| *et al.*, ) | |
| ) | |
| Respondents. ) | |

## RESPONSE TO COURT ORDER
## OF APRIL 12, 2006

Come now Respondents in the above-styled cause, by and through the Attorney General for the State of Alabama and in response to this Honorable Court's Order of April 12, 2006, state the following:

On March 29, 2006, Respondents filed an Answer and supporting exhibits with this Court. The Answer, excluding exhibits, was served on Petitioner on that same date. On today's date, Respondents are mailing a copy of the Answer and the below listed exhibits to the Petitioner.

1. Exhibit "A" - Trial Record; CC-03-249; CR-04-0068 (7 vols);

2. Exhibit "B" - Petitioner's brief on appeal; CC-03-249; CR-04-0068;

3. Exhibit "C" - State's brief on appeal; CC-03-249; CR-04-0068;

4. Exhibit "D" - Opinion; CC-03-249; CR-04-0068;

5. Exhibit "E" - Ap plication for Rehearing; CC-03-249; CR-04-0068;

6. Exhibit "F" - Application for Rehearing Overruled Notice; CC-03-249; CR-04-0068

7. Exhibit "G" - Certificate of judgment; CC-03-249; CR-04-0068.

Respectfully submitted,

Troy King (KIN047)
*Attorney General*
By-


/s/Cecil G. Brendle (BRE005)
Cecil G. Brendle, Jr. (BRE005)
*Assistant Attorney General*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of April, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document, along with the previously filed Answer (including exhibits), to the following non-CM/ECF by placing the same in the United States Mail, first class, postage prepaid and addressed as follows: <u>Jeffery Baker, Jr., 1353 County Road 3348, Brundidge, AL 36010</u>.

/s/Cecil G. Brendle, Jr. (CGB005)
Cecil G. Brendle, Jr. (CGB005)
Office of the Attorney General
Alabama State House
11 South Union
Montgomery, AL 36130-0152
Telephone: (334) 242-7300
Fax: (334) 242-2848
E-Mail: cbrendle@ago.state.al.us

State of Alabama
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130-0152
(334) 242-7401, 242-7357

122290/91058-001