UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

**EXHIBIT # 3**

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

February 10, 2006

Jeffery Baker, Jr.
1357 County Road 3348
Brundidge, AL 36010

Re:  Returning of attached State Court File
     Jeffery Baker, Jr. v. Russell Thomas; et al
     Civil Action: 2:06cv61-ID

Dear Mr. Baker

The clerk's office is in receipt of your copy of your state court file. We are returning said material to you pursuant to Doc.# 8, Order of Procedure entered on February 6, 2006. This order requires the respondents to attach to their Answer the relevant portion of the transcript. Therefore, your copy is being returned to you for your records.

If we can be of further assistance, please contact our office.

Sincerely,

Debra P. Hackett, Clerk

By: *[signature]*

Deputy Clerk

DPH/wl

Enclosures