IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |  |
|---|---|---|
| JEFFERY BAKER, JR. | * | |
| Petitioner, | * | |
| v. | * | 2:06-CV-61-ID |
| RUSSELL THOMAS, SHERIFF, *et al.*, | * | |
| Respondents. | * | |

_____

**ORDER ON MOTION**

On May 1, 2006 Petitioner filed a pleading which the court construed as a motion to dismiss one of the claims presented in Petitioner's original petition. Petitioner submitted an attachment with his motion to dismiss. Upon consideration of the attachment, and to the extent said attachment may properly be considered a motion to supplement response to Respondents' answer, and for good cause, it is

ORDERED that the motion be and is hereby GRANTED.

Done this 8th day of May, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE