IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEFFERY BAKER, JR., | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv61-ID |
| | ) |
| RUSSELL THOMAS, SHERIFF, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**ORDER**

Upon CONSIDERATION of Petitioner's motion "to publish" (doc. no. 30), it is ORDERED that said motion be and the same is hereby DENIED. The magistrate judge will handle this case in due course.

DONE this 30th day of November, 2006.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE