IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JEFFERY BAKER, JR.                         *

    Petitioner,                              *

v.                                                      *         2:06-CV-61-ID

RUSSELL THOMAS, SHERIFF, *et al.*,    *

    Respondents.                         *

_____

**ORDER ON MOTION**

Pending before the court is Petitioner's Motion to Stay. He requests that the judgment and sentence imposed on him by the Circuit Court for Pike County, Alabama on October 7, 2004 be stayed pending resolution of the instant federal habeas corpus petition. Petitioner's motion has been read, considered, and shall be denied.

Accordingly, it is

ORDERED that Petitioner's Motion to Stay (Doc. No. 32) be and is hereby DENIED.

Done, this 13th day of December 2006.

                                                      /s/Wallace Capel, Jr.
                                          WALLACE CAPEL, JR.
                                          UNITED STATES MAGISTRATE JUDGE