IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEFFERY BAKER, JR., | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06cv61-ID |
| | ) |
| RUSSELL THOMAS, SHERIFF, *et al.*, | ) |
| | ) |
|     Respondents. | ) |

**ORDER**

Upon careful CONSIDERATION of Petitioner Jeffery Baker's objection to the order of the magistrate judge, filed December 18, 2006 (Doc. No. 34), it is ORDERED that said objection be and the same is hereby OVERRULED inasmuch as the order to which Petitioner objects is neither clearly erroneous nor contrary to law. See Fed. R. Civ. P. 72(a).

DONE this 19th day of December, 2006.

                                        /s/ Ira DeMent
                                        SENIOR UNITED STATES DISTRICT JUDGE