IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEFFERY BAKER, JR., | ) |
| | ) |
|     Petitioner, | ) |
| | )   Civil Action No. 2:06cv061-ID |
| v. | ) |
| | ) |
| | ) |
| RUSSELL THOMAS, SHERIFF, *et al.*, | ) |
| | ) |
|     Respondents. | ) |

**ORDER**

Before the court are the Recommendation of the Magistrate Judge and Petitioner's Objections. (Doc. Nos. 36, 37.) Having conducted a *de novo* determination of those portions of the Recommendation to which objections are made, it is CONSIDERED and ORDERED as follows:

1.     Petitioner's Objections be and the same are hereby OVERRULED.

2.     The Recommendation of the Magistrate Judge be and the same is hereby ADOPTED, APPROVED and AFFIRMED.

3.     The petition for writ of habeas corpus relief filed by Jeffery Baker be and the same is hereby DENIED and DISMISSED with prejudice.

Done this 23rd day of April, 2008.

                                                   /s/ Ira DeMent
                                               SENIOR UNITED STATES DISTRICT JUDGE