IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEFFERY BAKER, JR.,     ) | |
| ) | |
|   Petitioner,     ) | |
| ) | Civil Action No. 2:06cv061-ID |
| v.     ) | |
| ) | |
| ) | |
| RUSSELL THOMAS, SHERIFF, *et al.*,     ) | |
| ) | |
|   Respondents.     ) | |

## FINAL JUDGMENT

In accordance with the prior proceedings and orders of the court, it is CONSIDERED, ORDERED and ADJUDGED that judgment be and the same is hereby entered in favor of Respondents Sheriff Russell Thomas and Troy King and against Petitioner Jeffery Baker and that Petitioner take nothing by his said suit.

DONE this 23rd day of April, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE