IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2008 MAY 23 A 9: 46

JEFFERY BAKER JR,

Petitioner,

vs.                                        2:06-CV-61-ID

RUSSELL THOMAS, et, al.,

Respondents.,

## NOTICE OF APPEAL

Notice is hereby given that the above named Petitioner appeals to the United States Court of Appeals for the Eleven Circuit from the final Judgment and order dismissing Petitioner's petition for Habeas Corpus relief entered on April 23, 2008, by the District Court for the Middle District of Alabama.

Done this 23rd Day of May 2008.

Jeffery Baker Jr, Petitioner
1357 County Road 3348
Brundidge, Alabama 36010
334-735-3548