

| Wardell Lovelace/CA11/11/USCOURTS | To | Yolanda Williams/ALMD/11/USCOURTS@USCOURTS, Donna Norfleet/ALMD/11/USCOURTS@USCOURTS |
|---|---|---|
| 07/09/2008 10:25 AM | cc | Sheila Welten/CA11/11/USCOURTS@USCOURTS |
| | bcc | |
| | Subject | 08-12970-H (DC: 2:06-00061 CV N) |



CA11# 08-12970-H
Jeffery Baker, Jr. v. Russell Thomas
MAL: 2:06-00061 CV N
-----------------------------------------

Hi, Yolanda and/or Donna: Would one of you please forward the exhibits mentioned below to our court? There are motions pending, and the court needs the exhibits to make a ruling on the motions...

| 03/29/2006 | view 14 | ANSWER to Petition for Writ of Habeas Corpus by Russell Thomas, Troy King (with Exhibits A-G; exhibits are not scanned, they are filed in conventional format and are available for viewing in the Clerk's office). (dmn) (Entered: 03/31/2006) |
|---|---|---|

Thanks for your help, and enjoy the rest of your Wednesday!

Wardell Lovelace, 11th Circuit U.S. Court of Appeals
Assistant Supervisor-Case Initiation
(404) 335-6193